UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2011-217 (WOB-CJS)

MANUEL DE JESUS FAMILIA ROSARIO                    PETITIONER

VS.                          ORDER

EDWARD PRINDLE, In his official
Capacity as Elected Jailer for the
Boone County Jail;
SHERIFF MICHAEL A. HELMIG, In his
Official capacity as Sheriff of
Boone County, Kentucky;
RICARDO WONG, In his official
Capacity as Kentucky Field Office
Director, United States Immigration
And Customs Enforcement;
JANET NAPOLITANO, In her official
Capacity as Secretary of the
U.S. Department of Homeland Security;
AND
ERIC HOLDER, In his official
Capacity as Attorney General of
United States of America                            RESPONDENTS


    This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #23), the respondents' objections filed thereto (Doc. #25), and petitioner's response to such objections (Doc. #26), and the court being sufficiently advised,

    **IT IS ORDERED** that the objections to the Report and Recommendation of the Magistrate Judge be, and they are, hereby **overruled**; that the Report and Recommendation be, and it hereby

is, **adopted** as the findings of fact and conclusions of law of this Court; that respondents' motion to dismiss be, and it hereby is, **denied**; that the petitioner's petition for writ of habeas corpus be, and it hereby is, **granted in part** to the extent he requests the Immigration Court hold an individualized bond hearing, pursuant to 8 U.S.C. Section 1226(a); and **denied in part** as to his request for immediate release and for an award of attorney's fees; and that this matter is hereby remanded to the Immigration Court to provide Petitioner an individualized bond hearing, pursuant to 8 U.S.C. Section 1226(a) within fourteen (14) days of the date of this Order.

This 4th day of January, 2012.



Signed By:
*William O. Bertelsman* WOB
United States District Judge