UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2011-217 (WOB-CJS)

**MANUEL DE JESUS FAMILIA ROSARIO**                                      PETITIONER

VS.                                           <u>ORDER</u>

**EDWARD PRINDLE, In his official
Capacity as Elected Jailer for the
Boone County Jail;
SHERIFF MICHAEL A. HELMIG, In his
Official capacity as Sheriff of
Boone County, Kentucky;
RICARDO WONG, In his official
Capacity as Kentucky Field Office
Director, United States Immigration
And Customs Enforcement;
JANET NAPOLITANO, In her official
Capacity as Secretary of the
U.S. Department of Homeland Security;
AND
ERIC HOLDER, In his official
Capacity as Attorney General of
United States of America**                                             RESPONDENTS

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #23), the respondents' objections filed thereto (Doc. #25), and petitioner's response to such objections (Doc. #26), and the court being sufficiently advised,

**IT IS ORDERED** that the objections to the Report and Recommendation of the Magistrate Judge be, and they are, hereby **overruled**; that the Report and Recommendation be, and it hereby

is, **adopted** as the findings of fact and conclusions of law of this Court; that respondents' motion to dismiss be, and it hereby is, **denied**; that the petitioner's petition for writ of habeas corpus be, and it hereby is, **granted in part** to the extent he requests the Immigration Court hold an individualized bond hearing, pursuant to 8 U.S.C. Section 1226(a); and **denied in part** as to his request for immediate release and for an award of attorney's fees; and that this matter is hereby remanded to the Immigration Court to provide Petitioner an individualized bond hearing, pursuant to 8 U.S.C. Section 1226(a) within fourteen (14) days of the date of this Order.

This 4th day of January, 2012.



Signed By:
William O. Bertelsman
United States District Judge